-PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

U.S.A. vs. __BETTY JEAN LEHR__                    Docket No. __2:97CR20271-001__

### Petition on Probation and Supervised Release

COMES NOW _Christy J. Henson_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Betty Jean Lehr_, who was placed on supervision by the Honorable _Jon Phipps McCalla_ sitting in the court at _Memphis, TN_, on the _25th_ day of _March_, _1998_, who fixed the period of supervision at _three (3) years *_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant is prohibited from engaging in a specified occupation or profession involving the handling of money or any position of trust. (accounting or bookkeeping)

2. The defendant shall provide full financial disclosure to the Probation Office as directed.

3. The defendant shall seek and maintain employment.

4. The defendant shall pay restitution in the amount of $484,604.04

\* Term of Supervised Release Began: October 10, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As of September 6, 2005, Ms. Lehr has paid $32,136.00 towards her Court ordered obligation leaving an outstanding balance of $452,551.97. Telicia Taylor of the United States Attorney's Financial Litigation Unit was contacted and agreed to continue the collection of Ms. Lehr's indebtedness. Ms. Taylor also has made Ms. Lehr, who was supervised by the Northern District of Mississippi, aware her payments will increase based upon her financial status.

**PRAYING THAT THE COURT WILL ORDER** that Betty Jean Lehr be allowed to complete her term of Supervised Release with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this __7__ day
__Oct.__, 20 __05__, and ordered filed and
made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN 38103__

Date: __September 30, 2005__

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-11-05__

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:97-CR-20271 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT